671

BEFORE THE SECOND DIVISION, DECEMBER 11, 1968

**No. P68/508.**—Oxford International Corp. *v.* United States, protest 68/15416 (Baltimore).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise ("Bicycle locks, Ratchet type #100S") covered by the foregoing protest consists of padlocks, not of pin tumber or cylinder construction, in widths over 1½ inches but not over 2½ inches, the same in all material respects as those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 17, 1968

(NOTE:   The following protest was decided by a special first division consisting of Watson, Maletz, and Newman, Judges.)
**No. P68/509.**—Walter Imports *v.* United States, protest 67/52265 (New York).

NEWMAN, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of folding wood doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiff was sustained.